UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RICHARD WERSHE, Jr.,

                Plaintiff,                Case No. 1:12-cv-1375

v.                                         Honorable Gordon J. Quist

THOMAS COMBS et al.,

                Defendants.

_____/

## JUDGMENT

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for

failure to state a claim pursuant to 28 U.S.C. § 1915(e) and 42 U.S.C. § 1997e(c).

Dated:  January 22, 2013           /s/ Gordon J. Quist
                                   Gordon J. Quist
                                   United States District Judge